1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            Case No. 1:18-po-00164-SAB

12 |            Plaintiff,                Citation No.: F4852077 CA-4D

13 | v.

14 | JONY NGUYEN,                         MOTION AND ORDER FOR DISMISSAL; AND
                                          RECALL OF WARRANT
15 |            Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00164-

20 SAB (Citation No. F4852077 CA-4D) against JONY NGUYEN, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  It is further requested that

22 the warrant in this matter be recalled.

23

24 DATED: July 11, 2023                      Respectfully submitted,

25                                           PHILLIP A. TALBERT
                                             United States Attorney
26
                                       By:   /s/ *Jeffrey A. Spivak*
27                                           JEFFREY A. SPIVAK
                                             Assistant United States Attorney
28

                                             1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:18-po-00164-SAB (Citation No. F4852077 CA-4D) against JONY NGUYEN be dismissed, without prejudice, and that the warrant in this matter be recalled, all in the interest of justice.

IT IS SO ORDERED.

Dated:  **July 12, 2023**

UNITED STATES MAGISTRATE JUDGE